UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICK STALLWORTH**                                                                               **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 1:06CV537 LTS-RHW**

**MARVIN ROBINSON and**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**          **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion on Defendants' Motion for Reconsideration I have this day entered, it is hereby

**ORDERED**

That the motion of Defendants Marvin Robinson and Nationwide Mutual Fire Insurance Company [15] for reconsideration of the Court's order and opinion [13] [14] granting the plaintiffs' motion [3] to remand is hereby **DENIED**.

**SO ORDERED** this 6th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge